UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

D2, AMANDA SHAMMAS,

      Defendant.

Case No. 22-cr-20605-2
Hon. Matthew F. Leitman

---

## FINAL ORDER OF FORFEITURE

---

Based upon the Defendant Amanda Shammas's conviction for violating 18 U.S.C. § 371 (Conspiracy to Defraud the United States and to Pay and Receive Health Care Kickbacks), Count 1 of the Information (ECF No. 1) and the underlying scheme, the Rule 11 Plea Agreement (ECF No. 23), the Application for Entry of Final Order of Forfeiture, and other information in the record, and pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 982(a)(7), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States's Application for Entry of Final Order of Forfeiture is **GRANTED**; and

2. The Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(7), her interest in any and all property derived, directly or indirectly, as the result of her violation of 18 U.S.C. § 371 (Conspiracy to Defraud the United States and to Pay and Receive Health Care Kickbacks).

3.      A personal forfeiture money judgment in the amount of **Eight Million Four Hundred and Sixty-Three Thousand Four Hundred Ninety-Five Dollars and 20/100 ($8,463,495.20)** is **IMPOSED** against the Defendant in favor of the United States.

4.      The forfeiture money judgment may be satisfied from any property owned or under control of the Defendant or later acquired by the Defendant as substitute assets under 21 U.S.C. § 853(p).

5.      Pursuant to Fed. R. Crim. P. 32.2, this Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in her Judgment.

6.      Upon entry of this Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure.

7.      The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126